IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:20-cr-010 |
| | ) | |
| v. | ) | **GOVERNMENT'S** |
| | ) | **WITNESS LIST** |
| ANGELA DEE GARGES, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by its attorney for the Southern District of Iowa, and submits the following list of witnesses which may be introduced at the suppression hearing.

1. Detective Travis Bradley
2. Detective Matt Dyer
3. Officer Travis Jarzynka
4. Officer Dan Stuck
5. Officer David Burns

The Government will amend its witness list if any additional witnesses are important at the suppression hearing.

Respectfully Submitted,

Marc Krickbaum
United States Attorney

By:   _/s/ Shelly Sudmann_
Shelly Sudmann
Assistant United States Attorney
8 South 6th Street, Suite 348
Council Bluffs, Iowa 51501
Tele:   (712) 256-5009
Fax:    (712) 256-5112
Email:  shelly.sudmann@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax _____Hand Delivery

 X  ECF/Electronic filing    \_\_\_\_Other means

UNITED STATES ATTORNEY

By:  *S/PAC*  
 Paralegal Specialist