IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 1:20-cr-010 |
| --- | --- | --- |
| | ) | |
| v. | ) | **GOVERNMENT'S** |
| | ) | **EXHIBIT LIST** |
| ANGELA DEE GARGES, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by its attorney for the Southern District of Iowa, and submits the following list of exhibits, which may be introduced during the suppression hearing. This list may not include exhibits, which may be introduced, depending in part upon issues, which may arise during the hearing, and the government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description | Foundation Witness | S | O | A |
| --- | --- | --- | --- | --- | --- |
| 1 | CBDP Child Abuse SOP | | | | |
| 2 | Photo of Motel Room | | | | |
| 2a | Photo of Entryway | | | | |
| 2b | Photo of Bathroom | | | | |
| 3 | State Search Warrant | | | | |

    Respectfully submitted,

    Marc Krickbaum
    United States Attorney

By: _/s/ Shelly Sudmann_
    Shelly Sudmann
    Assistant United States Attorney
    8 South 6th Street, Suite 348
    Council Bluffs, Iowa 51501
    Tele:  (712) 256-5009
    Fax:   (712) 256-5112
    Email: shelly.sudmann@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing   ____Other means

UNITED STATES ATTORNEY

By: _S/PAC_____
      Paralegal Specialist