# TRANSMITTAL SHEET

TO: Clerk, U.S. Court of Appeals, 8th Circuit  DATE: January 8, 2021

FROM: Clerk, U.S. District Court, Southern District of Iowa – Davenport

Appeal Number:   **20-3687**

District Court Number:   1:20-cr-00010

Name:   USA v. Angela Garages

TRANSMITTED HEREWITH:

Original File:

Designated Clerk's Record:

Sealed Docs:   **One SEALED Judgment (#111) - 3 SEALED Copies**
**One SEALED Deft's Motion (#104) – 3 SEALED Copies**
**One SEALED PSIR (#100) - 3 SEALED Copies**

Transcript:   **One Sentencing Transcript (#120) – 1 Copy**
**One Motion Hearing Transcript (#119) – 1 Copy**
**One Change of Plea Hearing Transcript (#118) – 1 Copy**

Exhibits:

Comments: